IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
        v.                        :
                                  :
JAHMAL HUNTER,                    :
CORNELIUS STALLWORTH, and         :
KHALIL SAEED                      :          NO.    25-CR-305- 1, 5, & 6

## ORDER

AND NOW, this 9th day of June, 2026, upon consideration of the request for a Franks Hearing incorporated in the Defendants' Motion to Suppress (Dkts. 205, 208 and 221,) and the Government's response thereto (Dkt. 226), it is hereby ORDERED that the request is DENIED.

A memorandum opinion will be docketed to supplement this Order.

BY THE COURT:

GAIL A. WEILHEIMER, J.