**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | 25-cr-00305-GAW-1-7 |
| | : | |
| JAHMAL HUNTER, ET. AL. | : | |

## ORDER

AND NOW, this 18th day of June, 2026, upon consideration of Defendants' Motions to Suppress evidence recovered pursuant to a warrant for 4224 Ogden Street, (Dkts. 208 & 221), 868 Brooklyn Street (Dkt. 213), and 1935 Brown Street (Dkt. 216), the Government's omnibus response thereto (Dkt. 226), and after a hearing, it is hereby ORDERED that the Motions are DENIED. A Memorandum Opinion will be docketed separately.

BY THE COURT:

GAIL A. WEILHEIMER, J.