**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO. 25-CR-305** |
| **JAHMAL HUNTER, et al.** | : | |

## ORDER

AND NOW, this 24th day of November, 2026, upon consideration of the Government's Notice of Intent and Motion *in Limine* to Admit Evidence of Other Acts Under Federal Rule of Evidence 404(b) and to Rebut Entrapment Defense (Dkt. No. 268), the Government's Supplemental Notice of Intent relating to Donte Hunter (Dkt. No. 287), and the responses in opposition from several Defendants (Dkt. Nos. 301, 302, 303, 309, 313, 365), it is hereby ORDERED that the Motion is DENIED.

However, this Order does not prevent the Government from seeking admission of the evidence in question if it becomes appropriate for impeachment purposes, or in connection with an entrapment defense.

BY THE COURT:

GAIL A. WEILHEIMER, J.